UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-07767-ODW (Ex) | Date | November 23, 2021 |
|---|---|---|---|
| Title | *Tim Bermejo et al. v. Tiffany and Co. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

The Court received the parties' Joint Rule 26(f) Report, in which they indicate Defendant's intent to move to compel arbitration and Plaintiff's intent to move for remand. (ECF No. 11.) Both motions will challenge the Court's subject matter jurisdiction. Accordingly, the Court **VACATES** the Scheduling Conference on November 29, 2021, and **ORDERS** that the parties shall file the contemplated motions by **December 13, 2021**, and notice a hearing for **January 10, 2021, at 1:30 p.m.** If neither motion is filed by December 13, 2021, the Court will set the case schedule in this matter based on the parties' Rule 26(f) Report.

**IT IS SO ORDERED.**

                                                                                        :   00

                                    Initials of Preparer   SE